Case 1:18-cv-01118-JBW-RER   Document 32   Filed 02/28/19   Page 1 of 2 PageID #: 138
Case 1:18-cv-01118-JBW-RER   Document 31   Filed 02/19/19   Page 1 of 2 PageID #: 140
Case 1:18-cv-01118-JBW-RER   Document 30-2   Filed 01/23/19   Page 2 of 3 PageID #: 132

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

SHIRIN BAKUL, Individually And On Behalf Of
All Other Employees Similarly Situated,

                 Plaintiff,

– against –

A1 PRECIOUS LLC d/b/a DUNKIN DONUTS, NEHA DOE, ADSAR DOE a/k/a "A.D.," AND MASUT DOE,

                 Defendants.

------------------------------------------------------------------ X

No.: 1:18-cv-1118 (JBW)(RER)

STIPULATION OF DISMISSAL

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2019 ★

BROOKLYN OFFICE

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on February 21, 2018, Plaintiff filed a Complaint asserting claims for, *inter alia*, failure to pay minimum and overtime wages under the the Fair Labor Standards, 29 U.S.C. § 201 *et seq.* ("FLSA"), the New York Labor Law § 190 *et seq.* ("NYLL"), and the New York State Wage Theft Prevention Act ("WTPA"); and on August 3, 2018, Plaintiff filed an Amended Complaint asserting the same causes of action.

**WHEREAS,** Plaintiff and Defendants (the"Parties") reached a settlement of this action for Plaintiff's claims through arm's-length negotiations, and have entered into a SettlementAgreement and Release (the"Agreement"), formally memorializing the Parties'settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, theNYLL, the WTPA and/or time worked; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the Agreement;



Case 1:18-cv-01118-JBW-RER   Document 32   Filed 02/28/19   Page 2 of 2 PageID #: 140
Case 1:18-cv-01118-JBW-RER   Document 31   Filed 02/19/19   Page 2 of 2 PageID #: 139
Case 1:18-cv-01118-JBW-RER   Document 30-2   Filed 01/23/19   Page 3 of 3 PageID #: 133

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that this action be here by dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, without costs or fees to any other party, except as may be provided for in a settlement agreement. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
February, 19, 2019

| HANG & ASSOCIATES, PLLC | FAMIGHETTI & WEINICK, PLLC |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: Jian Hang, Esq. | By: Matthew Weinick |
| Lorena Duarte, Esq. | Famighetti & Weinick, PLLC |
| 136-20 38th Avenue, Suite 10G | 25 Melville Park Road, Suite 235 |
| Flushing, New York 11354 | Melville, New York 11747 |
| Tel.: (718) 353-8522 | Tel: (631) 352-0050 |

Close the case

SO ORDERED.

/s/ Jack B. Weinstein
2/25/19

2